UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Tim Mackey and John Nesse as Trustees of the Minnesota Laborers Health and Welfare Fund, Tim Mackey and Daniel Shoemaker as Trustees of the Minnesota Laborers Pension Fund, Joel Smith and Heather Grazzini-Sims as Trustees of the Minnesota Laborers Vacation Fund, Fred Chase and Joe Fowler as Trustees of the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota, Mike Bubalo and Rick Peper, as Trustees of the Minnesota Laborers Employers Cooperation and Education Trust, the Minnesota Laborers Health and Welfare Fund, the Minnesota Laborers Pension Fund, the Minnesota Laborers Vacation Fund, the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota, and the Minnesota Laborers Employers Cooperation and Education Trust,<br><br>      Plaintiffs,<br><br>v.<br><br>Norsemen Window Installers, L.L.C.,<br><br>      Defendant. | File No. 19-cv-2429 (ECT/DTS)<br><br>**ORDER** |

---

Amy L. Court, Carl S. Wosmeck, and Christy E. Lawrie, McGrann Shea Carnival Straughn & Lamb, Chtd, Minneapolis, MN, for Plaintiffs.

---

This matter is before the Court on Plaintiffs' motion for entry of judgment. Defendant is in default and has not responded to the motion. Having reviewed Plaintiffs'

submissions, the Court is satisfied that Plaintiffs are entitled to a judgment in the amount of $5,649.69.

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. Plaintiffs' motion for entry of judgment [ECF No. 9] is **GRANTED**;

2. Defendant is liable to Plaintiffs in the total amount of $5,649.69, which amount includes $5,308.90 in delinquent fringe-benefit contributions for the period of January 1, 2015 through December 31, 2016; $530.89 in liquidated damages; an offset credit of $1,400.00 already paid by Defendant; $647.50 in attorneys' fees; and $562.40 in costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 6, 2020          s/ Eric C. Tostrud
                                Eric C. Tostrud
                                United States District Court